# Court of Appeals, State of Michigan

## ORDER

People of MI v John Anthony Galloway

Docket No. 316262

LC No. 12-003385-FH

E. Thomas Fitzgerald
Presiding Judge

Elizabeth L. Gleicher

Amy Ronayne Krause
Judges

The Court orders that the September 23, 2014 opinion is hereby VACATED, and a new opinion is attached.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

OCT 0 7 2014

Date

Chief Clerk